■ In the Matter of JEANNETTE B., Appellant, v DIANE G., Respondent. (Appeal No. 2.) [661 NYS2d 548] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Jeannette B. v Francis B.* (238 AD2d 945 [decided herewith]). (Appeal from Order of Erie County Family Court, Szczur, J.—Reassign Counsel.) Present—Denman, P. J., Pine, Callahan, Boehm and Fallon, JJ.

■ ELAINE WEBER, Appellant, v GLENN S. CHAPMAN, Appellant, and KEVIN M. BACON et al., Respondents. [661 NYS2d 549] —Order unanimously reversed on the law without costs, motion denied and complaint and cross claims against defendants Kevin M. Bacon and Thomas J. Bacon reinstated. Memorandum: Supreme Court erred in granting the motion of defendants Kevin M. Bacon and Thomas J. Bacon for summary judgment. There are material issues of fact regarding whether Kevin Bacon activated his turn signal prior to the accident and whether he applied his brakes in sufficient time to warn of his impending stop (see, *Thorndike v Coombes*, 63 AD2d 843, 845). (Appeals from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Pine, Callahan, Boehm and Fallon, JJ.